# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Laketha Moore,<br><br>    Plaintiff<br><br>v.<br><br>William Reubart, et al.,<br><br>    Defendants | Case No.: 2:24-cv-00497-APG-MDC<br><br>**Order Dismissing and Closing Case** |

On December 6, 2024, after being informed that plaintiff Laketha Moore was deceased, I ordered that this action would be dismissed unless any party or Moore's successor or representative filed a motion for substitution under Federal Rule of Civil Procedure 25(a)(1) by March 15, 2025. ECF No. 7.  That deadline expired without any person filing a motion to substitute for the decedent-plaintiff under Rule 25 or other response.

I THEREFORE ORDER that this action is dismissed without prejudice under Federal Rule of Civil Procedure 25(a)(1).

The Clerk of the Court is directed to enter judgment accordingly and close this case.

Dated: March 31, 2025

_____
Andrew P. Gordon
Chief United States District Judge